UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

STEVEN CARTER,

                Petitioner,                  16 **CIVIL** 7589 (VSB) (SDA)

    -against-                                            **JUDGMENT**

SUPERINTENDENT DONALD UHLER,

                Respondent.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2022, Petitioner Carter's Objections are overruled, the Report is ADOPTED in full, and his Petition is DENIED. I also will not issue a certificate of appealability pursuant to 28 U.S.C. § 2253, because I agree with the Report's conclusion that "Carter has not 'made a substantial showing of the denial of a constitutional right.'" (Report 19 (quoting 28 U.S.C. § 2253(c)(2))). I reject Carter's argument made in a footnote and in conclusory fashion that "for all of the reasons stated [in the Objections], and contrary to the Magistrate-Judge's recommendation, a certificate of appealability should be issued." (Objections 12 n.3.); accordingly, the petition is dismissed, and the case is closed.

**DATED:** New York, New York
            August 29, 2022

                                                                     **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                   **BY:**

                                                                        **Deputy Clerk**